UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KUHLEMEIER FAMILY ENTERPRISES, LLC., | ) ) ) | CASE NO. 11-84911 |
| | ) | |
| Debtor. | ) | |

## FINAL APPLICATION FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

Stephen G. Balsley, as attorney for the Trustee in the KUHLEMEIER FAMILY ENTERPRISES, LLC., has filed a Final Application for Award of Professional Compensation and Expenses in the sum of $3,363.50 with the Court in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **October 16, 2013 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **October 16 2013 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: September 24, 2013

STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on September 24, 2013.

*/s/ Cindy M. Sansone*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 11-84911<br>Northern District of Illinois<br>Rockford<br>Thu May 24 10:44:30 CDT 2012 | Kuhlemeier Family Enterprises, LLC<br>10540 Sabin Church Road<br>Pearl City, IL 61062-9564 | U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1222 |
| Attorney Ted Liebovich<br>415 S. Mulford Road<br>Rockford, IL 61108-3011 | Forreston State Bank<br>% Attorney Craig Willette<br>1318 East State Street<br>Rockford, IL 61104-2228 | Hampilos & Langley Ltd<br>308 West State St Suite 210<br>Rockford, IL 61101-1140 |
| Kuhlemeier Andrew J<br>10540 Sabin Church Road<br>Pearl City, IL 61062-9564 | Kuhlemeier Farms, LLC<br>10540 Sabin Church Road<br>Pearl City, IL 61062-9564 | Mary Kuhlemeier<br>10540 Sabin Church Road<br>Pearl City, IL 61062-9564 |
| Robert & Sarah Kuhlemeier<br>5961 S. Stone Church Road<br>Pearl City, IL 61062-9299 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Forreston State Bank | (d)Kuhlemeier Family Enterprises<br>10540 Sabin Church Road<br>Pearl City, IL 61062-9564 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    2<br>Total                  12 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KUHLEMEIER FAMILY ENTERPRISES, LLC., | ) ) ) | CASE NO. 11-84911 |
| | ) | |
| Debtor. | ) | |

**FINAL APPLICATION FOR AWARD OF
PROFESSIONAL COMPENSATION AND EXPENSES**

NOW COMES STEPHEN G. BALSLEY, as attorney for the Trustee in the KUHLEMEIER FAMILY ENTERPRISES, LLC., and for his second interim application for compensation as attorney for the Trustee, states as follows:

1. The Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on November 14, 2011.

2. STEPHEN G. BALSLEY is the duly qualified and acting Trustee in said Chapter 11 bankruptcy proceeding.

3. STEPHEN G. BALSLEY and the law firm of Barrick, Switzer, Long, Balsley and Van Evera were employed as attorneys for the Trustee pursuant to a court order entered on May 30, 2012.

4. This is the application for final compensation for the Applicant. The Applicant has previously received compensation for services rendered in the sum of $10,054.70 as authorized by court order entered September 19, 2012 and the sum of $11,314.50 as authorized by court order of July 3, 2013.

5. Applicant has rendered legal services as attorney for the Trustee as set forth in the Exhibit attached hereto in the sum of $3,363.50 itemized as follows:

```
Stephen G. Balsley
    Hours Worked              11.10
    Rate                   $  285.00
    Total Fees             $ 3,163.50
```

Tiffany E. Rodriguez
    Hours Worked               1.00
    Rate                                $   200.00
    Total Fees                 $   200.00

WHEREFORE, Applicant STEPHEN G. BALSLEY as attorney for the Trustee, prays the Court as follows:

A.    Applicant be allowed compensation for professional services and reimbursement of $3,363.50 and the Trustee be authorized to make payment to Applicant.

B.    The Court enter such other and further relief as may be appropriate.

STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

LAW OFFICES
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289

---

KUHLEMEIER FAMILY ENTERPRISES, LLC
10540 SABIN CHURCH ROAD
PEARL CITY IL 61062

PAGE: 1
09/24/2013
ACCOUNT NO: 57859-000Z
STATEMENT NO: 6

**ATTORNEY TIME**

INTERIM STATEMENT

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/2013 | SGB | PREPARE AND FILE SECOND APPLICATION FOR INTERIM COMPENSATION; SEND NOTICES AND PREPARE PROPOSED ORDER | 285.00 | 1.00 | 285.00 |
| 06/07/2013 | SGB | RECEIVE AND REVIEW CORRESPONDENCE, LOAN DOCUMENTS AND CD'S FROM ATTORNEY WILLETTE WITH REQUEST TO PROVIDE COPIES TO DEBTOR'S REPRESENTATIVE | 285.00 | 0.30 | 85.50 |
| | SGB | CORRESPONDENCE TO ATTORNEY WILLETTE EXPRESSING TO OBJECTION TO PRODUCTION OF DOCUMENTS | 285.00 | 0.10 | 28.50 |
| | SGB | PHONE CONFERENCE WITH ATTORNEY LIEBOVICH REQUESTING 2011 TAX RETURNS | 285.00 | 0.20 | 57.00 |
| 06/11/2013 | SGB | RECEIVE AND REVIEW CORRESPONDENCE FROM ATTORNEY LIEBOVICH REGARDING TAX RETURNS AND BANK DOCUMENTS | 285.00 | 0.20 | 57.00 |
| | SGB | CORRESPONDENCE TO ATTORNEY LIEBOVICH WITH COPY OF CD AND SECURITY AGREEMENT | 285.00 | 0.20 | 57.00 |
| 07/03/2013 | SGB | COURT APPEARANCE ON SECOND INTERIM APPLICATION FOR COMPENSATION | 285.00 | 1.00 | 285.00 |
| | SGB | CORRESPONDENCE TO CPA FOR LIST OF REQUIRED DOCUMENTS FOR TAX RETURNS | 285.00 | 0.20 | 57.00 |
| | SGB | CORRESPONDENCE TO ATTORNEY LIEBOVICH REGARDING MOTION TO COMPEL | 285.00 | 0.20 | 57.00 |
| 07/30/2013 | SGB | PREPARE AND FILE MOTION TO COMPEL PRODUCTION OF DOCUMENTS, SEND NOTICES AND PREPARE PROPOSED ORDER | 285.00 | 0.80 | 228.00 |

```
KUHLEMEIER FAMILY ENTERPRISES, LLC                                PAGE: 2
                                                                  09/24/2013
                                              ACCOUNT NO:         57859-000Z
                                              STATEMENT NO:       6
    ATTORNEY TIME
```

|  |  |  | Rate |  |  |
|---|---|---|---|---|---|
| 08/13/2013 | SGB | RECEIVE AND REVIEW CORRESPONDENCE FROM ATTORNEY LIEBOVICH WITH TAX RETURNS AND REGARDING RULE TO SHOW CAUSE | 285.00 | 0.50 | 142.50 |
|  | SGB | CORRESPONDENCE TO ATTORNEY LIEBOVICH REGARDING RULE TO SHOW CAUSE AND DEFICIENCIES IN 2012 TAX RETURN | 285.00 | 0.20 | 57.00 |
| 08/21/2013 | SGB | COURT APPEARANCE ON MOTION TO COMPEL PRODUCTION OF TAX DOCUMENTS | 285.00 | 2.00 | 570.00 |
| 08/23/2013 | SGB | PREPARE REVISED ORDER AND FILE SAME WITH COURT; CORRESPONDENCE TO ATTORNEY LIEBOVICH REGARDING SAME AND SEND COPIES OF CLOSING STATEMENTS TO ATTORNEY LIEBOVICH | 285.00 | 0.50 | 142.50 |
| 08/28/2013 | SGB | CORRESPONDENCE TO ATTORNEY LIEBOVICH REGARDING PROOF OF FILING TAX RETURNS | 285.00 | 0.20 | 57.00 |
| 08/29/2013 | SGB | PHONE CONFERENCE WITH ATTORNEY LIEBOVICH REGARDING STATUS AND TAX RETURNS | 285.00 | 0.20 | 57.00 |
| 09/10/2013 | SGB | PHONE CONFERENCE WITH BOB KUHLEMEIER REGARDING FINAL REPORT AND DISTRIBUTION | 285.00 | 0.20 | 57.00 |
| 09/12/2013 | SGB | PREPARE APPLICATION AND NOTICE FOR FINAL ATTORNEY FEES FOR TRUSTEE'S ATTORNEY | 285.00 | 0.80 | 228.00 |
|  | SGB | PREPARE AND FILE MOTION FOR PAYMENT OF FINAL TRUSTEE FEES | 285.00 | 0.80 | 228.00 |
|  | SGB | PREPARE AND FILE FINAL ACCOUNTING OF TRUSTEE, MOTION TO AUTHORIZE DISBURESEMENT OF FUNDS AND DISMISSAL OF CASE | 285.00 | 1.50 | 427.50 |
|  |  | Stephen G. Balsley (SGB) |  | 11.10 | 3,163.50 |
| 09/18/2013 | TER | COURT APPEARANCE ON STATUS OF ORDER; PROVIDE COURT WITH UPDATE; CONTINUE CASE | 200.00 | 1.00 | 200.00 |
|  |  | Tiffany E. Rodriguez (TER) |  | 1.00 | 200.00 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 12.10 | 3,363.50 |

| TIMEKEEPER |  | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen G. Balsley (SGB) | 11.10 | $285.00 | $3,163.50 |
| Tiffany E. Rodriguez (TER) | 1.00 | 200.00 | 200.00 |

KUHLEMEIER FAMILY ENTERPRISES, LLC
PAGE: 3
09/24/2013
ACCOUNT NO: 57859-000Z
STATEMENT NO: 6

ATTORNEY TIME

| | |
|---|---|
| TOTAL CURRENT WORK | 3,363.50 |
| BALANCE DUE | $3,363.50 |