UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KUHLEMEIER FAMILY | ) | CASE NO. 11-84911 |
| ENTERPRISES, LLC., | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION FROM CHAPTER 11 BANKRUPTCY ESTATE AND FOR DISMISSAL OF THE CASE

The Trustee, Stephen G. Balsley, has filed a Trustee's Motion for Authority to Make Final Distribution from Chapter 11 Bankruptcy Estate and for Dismissal of the Case with the Court in the above-captioned case.
<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)
If you want the Court to consider your views on the Motion, then you or your attorney must:
1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **October 16, 2013 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.
If you file a response, attend the hearing on the motion scheduled to be held on **October 16, 2013 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: September 21, 2013                    /s/ Stephen G. Balsley
                                             STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on September 24, 2013.

*/s/ Cindy M. Damrane*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

```
Label Matrix for local noticing      Kuhlemeier Family Enterprises, LLC      U.S. Bankruptcy Court
0752-3                                10540 Sabin Church Road                 Western Division
Case 11-84911                         Pearl City, IL 61062-9564               211 S. Court Street
Northern District of Illinois                                                 Rockford, IL 61101-1222
Rockford
Thu May 24 10:44:30 CDT 2012

Attorney Ted Liebovich              Forreston State Bank                    Hampilos & Langley Ltd
415 S. Mulford Road                  % Attorney Craig Willette               308 West State St Suite 210
Rockford, IL 61108-3011              1318 East State Street                  Rockford, IL 61101-1140
                                     Rockford, IL 61104-2228


Kuhlemeier Andrew J                  Kuhlemeier Farms, LLC                   Mary Kuhlemeier
10540 Sabin Church Road              10540 Sabin Church Road                 10540 Sabin Church Road
Pearl City, IL 61062-9564            Pearl City, IL 61062-9564               Pearl City, IL 61062-9564


Robert & Sarah Kuhlemeier            Patrick S Layng
5961 S. Stone Church Road            Office of the U.S. Trustee, Region 11
Pearl City, IL 61062-9299            780 Regent St.
                                     Suite 304
                                     Madison, WI 53715-2635
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Forreston State Bank              (d)Kuhlemeier Family Enterprises        End of Label Matrix
                                     10540 Sabin Church Road                 Mailable recipients    10
                                     Pearl City, IL 61062-9564               Bypassed recipients     2
                                                                             Total                  12
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KUHLEMEIER FAMILY ENTERPRISES, LLC., | ) ) ) | CASE NO. 11-84911 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION FROM CHAPTER 11 BANKRUPTCY ESTATE AND FOR DISMISSAL OF THE CASE**

NOW COMES, STEPHEN G. BALSLEY, as attorney for the Trustee in the KUHLEMEIER FAMILY ENTERPRISES, LLC, Chapter 11 bankruptcy proceeding, and moves the Court for authority to make distribution of remaining funds in the bankruptcy estate, and for dismissal of the Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on November 14, 2011.

2. STEPHEN G. BALSLEY is the duly qualified and acting Trustee in said Chapter 11 bankruptcy proceeding, having been duly appointed the Chapter 11 Trustee on May 23, 2012.

3. During the course of the administration of the bankruptcy estate, the Trustee has gathered the assets of the Debtor, liquidated assets, has received gross proceeds from such liquidation in the sum of $2,164,772.70.

4. During the course of the administration of the bankruptcy estate, the Trustee has made the following distributions:

    (a)    Payment to secured creditor Forreston State Bank $1,236,027.11

    (b)    Administrative expenses $224,538.84

    (c)    Payment to unsecured creditor $39,967.21

Total distributions $1,500,533.16. A detailed itemization of receipts and disbursements are attached hereto and made a part hereof on Form 2.

5. The Chapter 11 Trustee has the sum of $664,239.54 on hand.

6. Contemporaneously with the filing of this Motion, the Trustee has caused to be filed an Application for Compensation for attorneys for the Trustee in the sum of $3,363.50 and an Application for Compensation to the Chapter 11 Trustee in the sum of $4,094.92 together with an Application for Payment to the Accountant for the Chapter 11 Trustee in the sum of $830.00.

7. The Trustee proposes to make payments to the Chapter 11 Trustee, Attorney for the Trustee and Accountant for the Chapter 11 Trustee in such amounts as the Court may approve upon application, and to pay such other administrative expenses as may be come due in the ordinary course of administration of the Chapter 11 bankruptcy proceeding.

8. The Trustee has duly filed all Monthly Operating Reports as required by the United States Bankruptcy Code and Rules.

9. The Trustee proposes to make distribution of all remaining funds after the aforesaid payments to the Debtor, KUHLEMEIER FAMILY ENTERPRISES, LLC, which amount the Trustee expects to be approximately $656,151.12.

10. After the final disbursements, the case will be fully administered.

11. No Chapter 11 Plan has been confirmed in this case.

12. The Trustee is aware of no other creditors of the Debtor.

WHEREFORE, the Trustee moves the Court as follows:

A. The Trustee may be authorized to make such payments of such administrative expenses as may become due in the ordinary course of administration.

B. After the payment of any outstanding administrative expenses and payment of such amounts as the Court may be allowed for professional compensation

for the Chapter 11 Trustee, Attorney for the Chapter 11 Trustee and the Accountant for the Chapter 11 Trustee, that the Trustee be authorized to make distribution of any remaining funds to the Chapter 11 Trustee, KUHLEMEIER FAMILY ENTERPRISES, LLC.

    C.    That the Chapter 11 bankruptcy case be dismissed.

    D.    The Court enter such other and further relief as may be appropriate.

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-84911 TML | Trustee: | STEPHEN G. BALSLEY (330411) |
|---|---|---|---|
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******57-66 - Checking Account |
| Taxpayer ID #: | **-***0996 | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/12 | | H.B. Wilkinson Title Company, Inc. | Real Estate Proceeds - Sabin Church Road, Pearl City, IL 61062 (Nehrkorn) | | 65,250.00 | | 65,250.00 |
| | {1} | | Sales Price                400,000.00 | 1110-000 | | | 65,250.00 |
| | | Forreston State Bank | Real Estate Commission  -24,000.00<br>- Brenda Boynton and Preferred Real Estate of Illinois | 6510-000 | | | 65,250.00 |
| | | Attorney Ted Liebovich | Title Fees to H.B.          -790.00<br>Wilkinson Title Company | 6700-000 | | | 65,250.00 |
| | | Forreston State Bank | Recording Fees to          -600.00<br>County Recorder | 6700-000 | | | 65,250.00 |
| | | Forreston State Bank | Title Underwriter Fees       -53.00 | 6700-000 | | | 65,250.00 |
| | | Forreston State Bank | 2011 Real Estate Taxes      -625.28<br>with Penalty | 6700-000 | | | 65,250.00 |
| | | Forreston State Bank | Partial Release of       -308,238.16<br>Mortgage to Forreston State Bank | 4110-000 | | | 65,250.00 |
| | | Forreston State Bank | 1/1/12-6/27/12 Real          -302.56<br>Estate Taxes | 6700-000 | | | 65,250.00 |
| | | Forreston State Bank | Express Mail Fee            -40.00 | 6700-000 | | | 65,250.00 |
| | | Forreston State Bank | Transfer Tax               -101.00 | 6700-000 | | | 65,250.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 65,225.00 |
| 07/18/12 | 101 | United States Trustee | Second Quarterly Fee 2012 | 6700-000 | | 4,875.00 | 60,350.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 140.90 | 60,209.10 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.49 | 60,081.61 |
| 09/24/12 | 102 | Barrick, Switzer, Long, Balsley & | First Interim Application Awarding Professional | 6110-000 | | 7,923.00 | 52,158.61 |
| | | | Subtotals : | | $65,250.00 | $13,091.39 | |

{} Asset reference(s)

Printed: 09/13/2013 02:27 PM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-84911 TML | | Trustee: | STEPHEN G. BALSLEY (330411) |
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******57-66 - Checking Account |
| Taxpayer ID #: | **-***0996 | | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | {Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Van Evera | Compensation pursuant to Order entered 9/19/12 | | | | |
| 09/24/12 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | First Interim Application Awarding Professional Expenses pursuant to Order entered 9/19/12 | 6120-000 | | 2,136.70 | 50,021.91 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.53 | 49,908.38 |
| 10/16/12 | 104 | United States Trustee | Third Quarterly Fee 2012; Account No. 5231184911 | 6700-000 | | 325.00 | 49,583.38 |
| 10/31/12 | | H.B. Wilkinson Title Company, Inc. | Real Estate Proceeds - Loran Road, Pearl City, IL (Bremmer) | | 591,956.46 | | 641,539.84 |
| | {1} | | Sales Price                 620,934.87 | 1110-000 | | | 641,539.84 |
| | | Forreston State Bank | Title Fees to H.B.              -1,166.50<br>Wilkinson Title Company | 6700-000 | | | 641,539.84 |
| | | Forreston State Bank | Transfer Tax                    -931.50 | 6700-000 | | | 641,539.84 |
| | | Forreston State Bank | Title Underwriter Fees            -53.00 | 6700-000 | | | 641,539.84 |
| | | Forreston State Bank | Real Estate Commission       -12,418.70<br>- Preferred Real Estate<br>of Illinois | 6510-000 | | | 641,539.84 |
| | | Forreston State Bank | Real Estate Commission       -12,418.70<br>- Jim Sullivan Realty | 6510-000 | | | 641,539.84 |
| | | Forreston State Bank | 2011 Real Estate Taxes        -1,115.94<br>with Penalty | 6700-000 | | | 641,539.84 |
| | | Forreston State Bank | 1/1/12-10/31/12 Real             -874.07<br>Estate Taxes | 6700-000 | | | 641,539.84 |
| 10/31/12 | | H.B. Wilkinson Title Company, Inc. | Real Estate Proceeds - Sabin Church Road, Pearl City, IL (Kuhlemeier) | | 156,774.35 | | 798,314.19 |
| | {1} | | Sales Price                 604,088.42 | 1110-000 | | | 798,314.19 |
| | | | **Subtotals:** | | **$748,730.81** | **$2,575.23** | |

{} Asset reference(s)

Printed: 09/13/2013 02:27 PM   V.13.13

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-84911 TML | Trustee: | STEPHEN G. BALSLEY (330411) |
|---|---|---|---|
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******57-66 - Checking Account |
| Taxpayer ID #: | **-***0996 | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Forreston State Bank | Title Fees to H.B. Wilkinson Title Company  -1,142.50 | 6700-000 | | | 798,314.19 |
| | | Forreston State Bank | Transfer Tax  -906.75 | 6700-000 | | | 798,314.19 |
| | | Forreston State Bank | Title Underwriter Fees  -53.00 | 6700-000 | | | 798,314.19 |
| | | Forreston State Bank | Real Estate Commission  -12,081.77 - Preferred Real Estate of Illinois | 6510-000 | | | 798,314.19 |
| | | Forreston State Bank | Real Estate Commission  -12,081.77 - Jim Sullivan Realty | 6510-000 | | | 798,314.19 |
| | | Forreston State Bank | Mortgage Payoff to  -418,877.36 Forreston State Bank | 4110-000 | | | 798,314.19 |
| | | Forreston State Bank | Express Mail Fee  -40.00 | 6700-000 | | | 798,314.19 |
| | | Forreston State Bank | 1/1/12-10/31/12 Real  -2,130.92 Estate Taxes | 6700-000 | | | 798,314.19 |
| 10/31/12 | | Trustee | Real Estate Sale - West Sabin Church Road, Pearl City, IL (Randall & Lorna Kuhlemeier) | | 1.00 | | 798,315.19 |
| | {1} | | Sales Price  539,749.41 | 1110-000 | | | 798,315.19 |
| | | Forreston State Bank | Title Fees to H.B.  -1,045.00 Wilkinson Title Company | 6700-000 | | | 798,315.19 |
| | | Forreston State Bank | Transfer Tax  -810.00 | 6700-000 | | | 798,315.19 |
| | | Forreston State Bank | Recording Fee  -51.00 | 6700-000 | | | 798,315.19 |
| | | Forreston State Bank | Title Underwriter Fees  -53.00 | 6700-000 | | | 798,315.19 |
| | | Forreston State Bank | Real Estate Commission  -10,794.99 - Preferred Real Estate | 6510-000 | | | 798,315.19 |
| | | Forreston State Bank | Real Estate Commission  -10,794.99 - Jim Sullivan Realty | 6510-000 | | | 798,315.19 |

Subtotals :  $1.00  $0.00

{} Asset reference(s)                                                                                          Printed: 09/13/2013 02:27 PM   V.13.13

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-84911 TML | | Trustee: | STEPHEN G. BALSLEY (330411) |
|---|---|---|---|---|
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******57-66 - Checking Account |
| Taxpayer ID #: | **-***0996 | | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Forreston State Bank | Partial Mortgage Payoff  -508,911.59<br>to Forreston State Bank | 4110-000 | | | 798,315.19 |
| | | Forreston State Bank | 2011 Real Estate Taxes  -5,344.89<br>with Penalty | 6700-000 | | | 798,315.19 |
| | | Forreston State Bank | Express Mail Fee  -40.00 | 6700-000 | | | 798,315.19 |
| | | Forreston State Bank | 1/1/12-10/31/12 Real  -1,903.95<br>Estate Taxes | 6700-000 | | | 798,315.19 |
| | | | Entry to reverse deposit  1.00<br>amount of $1.00 | 6102-000 | | | 798,315.19 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.31 | 798,202.88 |
| 10/31/12 | | Trustee Stephen G. Balsley | | 6101-000 | | 1.00 | 798,201.88 |
| 11/05/12 | 105 | International Sureties, Ltd. | Additional Premium-Trustee Bond #016048764 | 6102-000 | | 2,178.00 | 796,023.88 |
| 11/19/12 | 106 | United States Trustee | Additional Third Quarterly Fee 2012; Account<br>No. 523-11-84911 | 6700-000 | | 325.00 | 795,698.88 |
| 11/28/12 | 107 | STEPHEN G. BALSLEY | Interim Compensation for Chapter 11 Trustee<br>pursuant to Order entered 11/28/12 | 6101-000 | | 64,296.86 | 731,402.02 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,581.30 | 729,820.72 |
| 12/18/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033041088<br>20121218 | 9999-000 | | 729,820.72 | 0.00 |

Subtotals :  $0.00  $798,315.19

{} Asset reference(s)  Printed: 09/13/2013 02:27 PM  V.13.13

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 11-84911 TML | Trustee: | STEPHEN G. BALSLEY (330411) |
| --- | --- | --- | --- |
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-*******57-66 - Checking Account |
| Taxpayer ID #: | **-***0996 | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 813,981.81 | 813,981.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 729,820.72 | |
| | | | Subtotal | | 813,981.81 | 84,161.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $813,981.81 | $84,161.09 | |

{} Asset reference(s)          Printed: 09/13/2013 02:27 PM    V.13.13

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| Case Number: | 11-84911 TML | | Trustee: | STEPHEN G. BALSLEY (330411) |
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****865566 - Checking Account |
| Taxpayer ID #: | **-***0996 | | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 729,820.72 | | 729,820.72 |
| 12/26/12 | 10108 | Liebovich and Weber, P.C. | payment of Claim #2 per Court Order 12/26/12 | 7100-000 | | 39,967.21 | 689,853.51 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 977.07 | 688,876.44 |
| 01/16/13 | 10109 | United States Trustee | Fourth Quarterly Fee 2012; Account No. 523-11-84911 | 6700-000 | | 10,400.00 | 678,476.44 |
| 01/23/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -3,077.60 | 681,554.04 |
| 05/13/13 | 10110 | INTERNATIONAL SURETIES, LTD. | Chapter 11 Trustee Bond #016048764 (5/24/13 - 5/24/14) | 6102-000 | | 6,000.00 | 675,554.04 |
| 07/03/13 | 10111 | STEPHEN G. BALSLEY | Second Interim Application Awarding Professional Compensation pursuant to Order 11 Trustee pursuant to Order entered 7/3/13 | 6110-000 | | 11,314.50 | 664,239.54 |
| | | | **ACCOUNT TOTALS** | | 729,820.72 | 65,581.18 | **$664,239.54** |
| | | | Less: Bank Transfers | | 729,820.72 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 65,581.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$65,581.18** | |

{} Asset reference(s)                               Printed: 09/13/2013 02:27 PM    V.13.13

## Form 2
### Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 11-84911 TML | Trustee: | STEPHEN G. BALSLEY (330411) |
| --- | --- | --- | --- |
| Case Name: | KUHLEMEIER FAMILY ENTERPRISES, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ****865566 - Checking Account |
| Taxpayer ID #: | **-***0996 | Blanket Bond: | N/A |
| Period Ending: | 09/13/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # 9200-******57-66 | 813,981.81 | 84,161.09 | 0.00 |
| Checking # ****865566 | 0.00 | 65,581.18 | 664,239.54 |
| | $813,981.81 | $149,742.27 | $664,239.54 |

{} Asset reference(s)

Printed: 09/13/2013 02:27 PM    V.13.13